Risa J. Morris (State Bar No. 221179)
Email: rmorris@moserlawco.com
MOSER LAW CO.
2566 Overland Ave Suite 645
Los Angeles, CA 90064
Telephone: (310) 857-6664
Facsimile: (404) 537-5340

Theresia Moser (*pro hac vice*)
Email: tmoser@moserlawco.com
Charles Edward Solley (*pro hac vice*)
Email: tsolley@moserlawco.com
MOSER LAW CO.
112 Krog Street N.E. Suite 26
Atlanta, Georgia 30307
Telephone: (404) 537-5339
Facsimile: (404) 537-5340

ATTORNEYS FOR DEFENDANT
BANK OF AMERICA, N.A.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RIPSIME TASLAGYAN,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.

Case No. CV 17-2306-GW(RAOx)

ORDER APPROVING STIPULATION OF DISMISSAL

    Based on the Parties' Stipulation, and for good cause shown, the Parties' Stipulation of Dismissal with Prejudice is approved. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: February 9, 2018

_____
GEORGE H. WU, U.S. District Judge

[PROPOSED] ORDER APPROVING STIPULATION OF DISMISSAL